UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Marvin Georges, et al.,

                               Plaintiffs,

-against-

Detroit Pizza NYC LLC, et al.,

                               Defendants.

1:23-cv-11164 (LJL) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      WHEREAS, by Order dated April 12, 2024, counsel for Defendants was required to send a pre-conference settlement letter ("SC Letter") to the undersigned no later than Tuesday, June 11, 2024 (4/12/24 Order, ECF No. 31); and

      WHEREAS, Counsel for Defendants failed to send its SC Letter by that date; and

      WHEREAS, the undersigned's Chambers emailed Counsel for Defendants directing him to send the SC Letter via e-mail no later than Noon today, June 14, 2024, in order for the Court to have sufficient time to review it in advance of the June 18, 2024 settlement conference; and

      WHEREAS, as of the filing of this Order, the Court still has not yet received Defendants' SC Letter.

      NOW, THEREFORE, it is hereby ORDERED that Counsel for Defendants shall send Defendants' SC Letter via e-mail to the undersigned's Chambers no later than 10:00 a.m. on Monday, June 17, 2024. Failure to comply with this Order shall result in the imposition of sanctions. The undersigned's Chambers will transmit a copy of this Order to Counsel for Defendants via e-mail and call his phone number listed on the ECF docket.

**SO ORDERED.**

Dated:    New York, New York
         June 14, 2024

_____
STEWART D. AARON
United States Magistrate Judge