

28 Liberty Street, 30th Floor • New York, NY 10005
Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/17/2024
```

**VIA ECF**
Hon. Stewart D. Aaron U.S.M.J.
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007
Tel: (212) 805-0274

Re:   *Georges et al v. Detroit Pizza NYC LLC et al.*, No. 23 Civ. 11164 (LJL)

Dear Judge Aaron,

  We represent the Plaintiffs in the above referenced matter. We write this letter along with counsel for Detroit Pizza NYC LLC, Detroit Pizza Ventures LLC, Detroit Pizza LLC, Detroit Pizza East LLC, and Scott Steven Gregerson (together, "Defendants"). The Parties wish to inform the Court that a settlement has been reached in principle, and request that the Court adjourn the Settlement Conference, scheduled for June 18, 2024 at 2:00 p.m. EST.

  We thank the Court for its time and consideration of our request.

              Sincerely,

              /s/ David J. Sack
              David J. Sack

CC:
  All Counsel of Record (via CM/ECF)

---

The parties' joint letter motion requesting an adjournment of the settlement conference scheduled for Tuesday, June 18, 2024 (ECF No. 35) is GRANTED. In light of the representations by counsel that the parties have reached a settlement in principle, the settlement conference is hereby canceled.

SO ORDERED.
Dated: June 17, 2024

*/s/ Stewart D. Aaron*