UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVIN GEORGES and JEREL POOL, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br> -against-<br><br>DETROIT PIZZA NYC LLC, DETROIT PIZZA VENTURES LLC, DETROIT PIZZA LLC, DETROIT PIZZA EAST LLC, and SCOTT STEVEN GREGERSON,<br><br>       Defendants. | No: 23 Civ. 11164 (LJL)<br><br>OFFER OF JUDGMENT PURSUANT TO RED.R.CIV.P. 68 |

To: David J. Sack
   Fitapelli & Schaffer, LLP
   28 Liberty Street, 30th Floor
   New York, New York 10016
   Telephone: (212) 300-0714

   Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Detroit Pizza NYC LLC, Detroit Pizza Ventures LLC, Detroit Pizza LLC, Detroit Pizza East LLC, And Scott Steven Gregerson, individually, ("Defendants"), hereby make this offer of judgment in favor of Marvin Georges ("Plaintiff"), and against Defendants in the above captioned action in the total sum of Eight Thousand Five Hundred Dollars and Zero Cents ($8,500.00), payable as follows:

   The total sum of Eight Thousand Five Hundred Dollars and Zero Cents ($8,500.00) is inclusive of reasonable attorney's fees, costs, and expenses to date of this offer, in full and final settlement of all of Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action with Prejudice.

   This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have damages to, or any other form of relief, arising out of the alleged acts or omissions of Defendants either past of present, of the Defendants, or in connection with the facts

and circumstances that are the subject of this action.

This Offer of Judgment is made for the purposes specific in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any of the Defendants, or any owner, employee, representative, or agent of any of the Defendant.

Acceptance of this Offer of Judgment will act to release and discharge Defendants, their respective successors, or assigns, in their respective capacity as such, from any and all claims that were or could have been alleged by Plaintiff in the above-referenced action. Acceptance of this Offer of Judgment will also operate to waive Plaintiff's rights to any claim for interest on the amount of the judgment.

In order for Plaintiff to accept this offer, Plaintiff must serve written notice of acceptance upon Defendants within fourteen (14) days after service of this Offer of Judgment. An Offer not accepted within the specific period for acceptance will be deemed withdrawn. Satisfaction of Judgment will be filed upon collection of payment of the judgment amount.

Dated: June __18__, 2024
New York, New York

_/s/ Richard Grossman_
**LAW OFFICES OF RICHARD D. GROSSMAN**
Richard D. Grossman
211 West Wacker Drive
Suite 710
Chicago, IL 60606
(312) 750-9308
Fax (312) 750-9323
rgat135@gmail.com