UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVIN GEORGES and JEREL POOL, individually and on behalf of all others similarly situated,<br><br>                               Plaintiffs,<br>    -against-<br><br>DETROIT PIZZA NYC LLC, DETROIT PIZZA VENTURES LLC, DETROIT PIZZA LLC, DETROIT PIZZA EAST LLC, and SCOTT STEVEN GREGERSON,<br><br>                               Defendants. | No: 23 Civ. 11164 (LJL)<br><br>**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, the below listed Plaintiffs hereby accept and provide notice that they have accepted Defendants' Offers of Judgment dated June 19, 2024 and annexed hereto as **Exhibit A.**

1. Marvin Georges

2. Jerel Pool

Dated: June 19, 2024
       New York, New York

                                           Respectfully Submitted,

                                           */s/ David J. Sack*
                                           David J. Sack

                                           **FITAPELLI & SCHAFFER, LLP**
                                           Brian S. Schaffer
                                           Dana M. Cimera
                                           David J. Sack
                                           28 Liberty Street, 30th Floor
                                           New York, New York 10005
                                           Telephone: (212) 300-0375

                                           *Attorneys for Plaintiffs and*
                                           *the Putative Class*

# CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2024, I served the foregoing acceptance of Defendants' Offer of Judgment upon Defendants pursuant to Rule 68 of the Federal Rules of Civil Procedure by electronic mail and ECF upon the following counsel of record for Defendants:

**LAW OFFICES OF RICHARD D. GROSSMAN**
Richard D. Grossman
211 West Wacker Drive
Suite 710
Chicago, IL 60606
(312) 750-9308
Fax (312) 750-9323
rgat135@gmail.com

_/s/ David J. Sack_
David J. Sack

**FITAPELLI & SCHAFFER, LLP**
Brian S. Schaffer
Dana M. Cimera
David J. Sack
28 Liberty Street, 30th Floor
New York, New York 10005
Telephone: (212) 300-0375