UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MARVIN GEORGES and JEREL POOL,** individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　**Plaintiffs,**<br>　-against-<br><br>**DETROIT PIZZA NYC LLC, DETROIT PIZZA VENTURES LLC, DETROIT PIZZA LLC, DETROIT PIZZA EAST LLC, and SCOTT STEVEN GREGERSON,**<br><br>　　　　　　　　　　**Defendants.** | No: 23 Civ. 11164 (LJL) |

### PROPOSED RULE 68 JUDGMENT

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Detroit Pizza NYC LLC, Detroit Pizza Ventures LLC, Detroit Pizza LLC, Detroit Pizza East LLC, And Scott Steven Gregerson ("Defendants"), offered to allow Marvin Georges and Jerel Pool (Plaintiffs") to take judgments against them. On June 19, 2024, Plaintiffs' attorney confirmed acceptance of Defendants' Offer of Judgment. Dkt. No. 40.

It is **ORDERED and ADJUGED** that judgment is entered in favor of the Plaintiffs in the corresponding sums listed in Exhibit A to this Order, and accordance with the terms and conditions of Defendants' Rule 68 Offer dated June 18, 2024.

Dated:＿＿＿＿＿＿＿＿＿

　　　　　　　　　　　　　　　　　　　　**VITO GENNA**
　　　　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　By:＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MARVIN GEORGES and JEREL POOL,** individually and on behalf of all others similarly situated,<br><br>                    **Plaintiffs,**<br>     -against-<br><br>**DETROIT PIZZA NYC LLC, DETROIT PIZZA VENTURES LLC, DETROIT PIZZA LLC, DETROIT PIZZA EAST LLC, and SCOTT STEVEN GREGERSON,**<br><br>                    **Defendants.** | No: 23 Civ. 11164 (LJL) |

# EXHIBIT A

Marvin Georges – $8,500

Jerel Pool – $7,500