```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                :
MARVIN GEORGES ET AL,                   :

                Plaintiffs,      :      23-cv-11164 (LJL)

     -v-                           :      <u>ORDER</u>

DETROIT PIZZA NYC LLC ET AL,   :

                Defendants.    :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court vacates its previous Order at Dkt. No. 39 in light of the Fact that the settlement was made pursuant to Federal Rule of Civil Procedure 68. Therefore, the requirement of parties to submit a letter is vacated and the settlement approval hearing scheduled for August 7, 2024 is cancelled. Any pending motions are DISMISSED as moot, and all other conferences and deadlines are CANCELLED, including trial and pretrial deadlines.

      SO ORDERED.

Dated: June 20, 2024
       New York, New York

                                                      LEWIS J. LIMAN
                                                   United States District Judge